**SHA-1 Hash:** EE7B1E84B6FD741359D99A0397DF043842BAB4D7   **Title:** Cuties 2
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.125.147.171 | 6/3/2011 11:06 | Richmond | VA | Comcast Cable | BitTorrent |
| 2 | 24.125.3.243 | 5/26/2011 2:29 | Richmond | VA | Comcast Cable | BitTorrent |
| 3 | 24.127.13.11 | 7/15/2011 15:23 | Richmond | VA | Comcast Cable | BitTorrent |
| 4 | 69.143.185.111 | 5/19/2011 23:03 | Arlington | VA | Comcast Cable | BitTorrent |
| 5 | 69.255.25.117 | 5/31/2011 15:54 | Reston | VA | Comcast Cable | BitTorrent |
| 6 | 71.62.174.108 | 6/25/2011 2:53 | Ashburn | VA | Comcast Cable | BitTorrent |
| 7 | 75.75.29.37 | 7/2/2011 4:22 | Chantilly | VA | Comcast Cable | BitTorrent |
| 8 | 76.111.88.181 | 5/31/2011 12:10 | Woodbridge | VA | Comcast Cable | BitTorrent |
| 9 | 76.120.247.24 | 6/18/2011 2:58 | Colonial Heights | VA | Comcast Cable | BitTorrent |
| 10 | 98.204.11.52 | 6/10/2011 21:49 | Woodbridge | VA | Comcast Cable | BitTorrent |
| 11 | 98.204.4.189 | 5/20/2011 23:16 | Woodbridge | VA | Comcast Cable | BitTorrent |
| 12 | 98.218.157.21 | 5/23/2011 15:49 | Manassas | VA | Comcast Cable | BitTorrent |
| 13 | 98.218.173.144 | 5/20/2011 5:37 | Alexandria | VA | Comcast Cable | BitTorrent |
| 14 | 174.78.251.17 | 5/26/2011 14:21 | Roanoke | VA | Cox Communications | BitTorrent |
| 15 | 68.10.100.55 | 5/26/2011 22:56 | Virginia Beach | VA | Cox Communications | BitTorrent |
| 16 | 68.105.185.170 | 7/4/2011 5:10 | Falls Church | VA | Cox Communications | BitTorrent |
| 17 | 68.110.230.127 | 7/12/2011 13:14 | Great Falls | VA | Cox Communications | BitTorrent |
| 18 | 68.229.98.2 | 6/7/2011 5:36 | Norfolk | VA | Cox Communications | BitTorrent |
| 19 | 70.161.147.193 | 5/27/2011 13:40 | Chesapeake | VA | Cox Communications | BitTorrent |
| 20 | 70.174.67.235 | 6/12/2011 1:58 | Chesapeake | VA | Cox Communications | BitTorrent |
| 21 | 70.174.85.56 | 6/13/2011 3:12 | Newport News | VA | Cox Communications | BitTorrent |

EXHIBIT A

RVA1

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 22 | 70.179.122.16 | 6/13/2011 4:47 | Fairfax | VA | Cox Communications | BitTorrent |
| 23 | 72.196.219.221 | 6/5/2011 7:21 | Annandale | VA | Cox Communications | BitTorrent |
| 24 | 72.218.160.41 | 6/16/2011 2:59 | Norfolk | VA | Cox Communications | BitTorrent |
| 25 | 98.166.11.68 | 5/24/2011 20:09 | Portsmouth | VA | Cox Communications | BitTorrent |
| 26 | 98.166.28.84 | 7/16/2011 21:12 | Newport News | VA | Cox Communications | BitTorrent |
| 27 | 98.169.120.103 | 7/2/2011 16:31 | Mc Lean | VA | Cox Communications | BitTorrent |
| 28 | 98.169.207.3 | 6/25/2011 22:03 | Alexandria | VA | Cox Communications | BitTorrent |
| 29 | 98.183.159.53 | 6/15/2011 1:27 | Virginia Beach | VA | Cox Communications | BitTorrent |
| 30 | 108.28.9.82 | 6/7/2011 20:09 | Arlington | VA | Verizon Internet Services | BitTorrent |
| 31 | 173.53.101.242 | 5/22/2011 18:15 | Midlothian | VA | Verizon Internet Services | BitTorrent |
| 32 | 173.53.116.222 | 7/1/2011 3:56 | Richmond | VA | Verizon Internet Services | BitTorrent |
| 33 | 173.53.84.54 | 7/19/2011 21:48 | Richmond | VA | Verizon Internet Services | BitTorrent |
| 34 | 173.71.133.183 | 6/18/2011 1:39 | Virginia Beach | VA | Verizon Internet Services | BitTorrent |
| 35 | 173.71.144.243 | 5/29/2011 2:17 | Chesapeake | VA | Verizon Internet Services | BitTorrent |
| 36 | 173.71.144.251 | 6/26/2011 18:17 | Chesapeake | VA | Verizon Internet Services | BitTorrent |
| 37 | 173.71.153.129 | 6/10/2011 17:27 | Virginia Beach | VA | Verizon Internet Services | BitTorrent |
| 38 | 173.73.14.169 | 5/28/2011 1:36 | Manassas | VA | Verizon Internet Services | BitTorrent |
| 39 | 70.104.194.30 | 5/24/2011 0:56 | Virginia Beach | VA | Verizon Internet Services | BitTorrent |
| 40 | 71.114.12.72 | 5/20/2011 0:36 | Manassas | VA | Verizon Internet Services | BitTorrent |
| 41 | 71.114.25.61 | 6/13/2011 10:51 | Woodbridge | VA | Verizon Internet Services | BitTorrent |
| 42 | 71.126.138.159 | 5/21/2011 15:52 | Woodbridge | VA | Verizon Internet Services | BitTorrent |
| 43 | 71.163.165.210 | 6/28/2011 4:01 | Arlington | VA | Verizon Internet Services | BitTorrent |
| 44 | 71.171.99.248 | 5/29/2011 23:52 | Leesburg | VA | Verizon Internet Services | BitTorrent |

EXHIBIT A

RVA1

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 45 | 71.178.160.36 | 5/25/2011 3:00 | Alexandria | VA | Verizon Internet Services | BitTorrent |
| 46 | 71.191.55.205 | 5/27/2011 1:13 | Sterling | VA | Verizon Internet Services | BitTorrent |
| 47 | 71.191.73.220 | 7/13/2011 23:32 | Manassas | VA | Verizon Internet Services | BitTorrent |
| 48 | 72.82.112.148 | 6/14/2011 14:34 | Virginia Beach | VA | Verizon Internet Services | BitTorrent |
| 49 | 72.83.250.100 | 6/12/2011 18:16 | Centreville | VA | Verizon Internet Services | BitTorrent |
| 50 | 74.110.128.10 | 6/12/2011 3:11 | Midlothian | VA | Verizon Internet Services | BitTorrent |
| 51 | 74.110.232.70 | 6/18/2011 4:27 | Richmond | VA | Verizon Internet Services | BitTorrent |
| 52 | 74.99.75.249 | 7/18/2011 20:29 | Newport News | VA | Verizon Internet Services | BitTorrent |
| 53 | 96.225.150.204 | 5/28/2011 3:04 | Norfolk | VA | Verizon Internet Services | BitTorrent |
| 54 | 96.228.24.93 | 6/2/2011 20:46 | Richmond | VA | Verizon Internet Services | BitTorrent |
| 55 | 96.241.218.94 | 7/4/2011 17:43 | Herndon | VA | Verizon Internet Services | BitTorrent |
| 56 | 96.255.197.68 | 5/22/2011 15:04 | Woodbridge | VA | Verizon Internet Services | BitTorrent |
| 57 | 96.255.7.175 | 5/21/2011 14:40 | Herndon | VA | Verizon Internet Services | BitTorrent |
| 58 | 98.117.93.124 | 7/13/2011 13:16 | Richmond | VA | Verizon Internet Services | BitTorrent |

EXHIBIT A

RVA1