# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 10/24/11

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: K-Beech, Inc. v. John Does 1-85 | CASE NO: 3:11CV469, 3:11CV531, 3:11CV532 <br> JUDGE: Gibney <br> COURT REPORTER: G. Halasz, OCR |

also – Patrick Collins, Inc v. John Does 1-58; Raw Films, Ltd v. John Doe 1

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: _____

APPEARANCES: Parties by ( )/with ( ) counsel    Pro Se ( )  Plaintiff's counsel ✓

MOTIONS BEFORE TRIAL: Motion for Reconsideration

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( ✓ )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Ct finds that there is no sanctionable conduct as to joinder of dfts; Ct finds that plaintiff's must secure independent counsel on sanctions issue; Hrg on sanctions issue set for December 1, 2011 at 9:00 am

Counsel for Plaintiff(s): Leonard Paris, Esq. for David W. O'Bryan, Esq.

Counsel for Defendant(s): Mr. Paris & Mr. O'Bryan heard by Court

SET: 10:00 am   BEGAN: 9:52 a.m.   ENDED: 10:25 am   TIME IN COURT: 33 mins.

RECESSES: