AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Patrick Collins, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:11cv531 |
| John Doe 1 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick Collins, Inc.

Date:   11/08/2011

*Attorney's signature*

Wyatt B. Durrette, Jr. (VSB #04719)
*Printed name and bar number*

DurretteCrump, PLC
1111 East Main Street
16th Floor
Richmond, Virginia 23219
*Address*

wdurrette@durrettecrump.com
*E-mail address*

(804) 775-6809
*Telephone number*

(804) 775-6911
*FAX number*