AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Patrick Collins, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:11cv531 |
| John Doe 1 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick Collins, Inc.

Date: 11/08/2011

*Attorney's signature*

Christine A. Williams (VSB #47074)
*Printed name and bar number*

DurretteCrump, PLC
1111 East Main Street
16th Floor
Richmond, Virginia 23219
*Address*

cwilliams@durrettecrump.com
*E-mail address*

(804) 775-6838
*Telephone number*

(804) 775-6911
*FAX number*