IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

PATRICK COLLINS, INC.,
        Plaintiff,

v.                                                   Civil Action No. 3:11cv531-JAG

JOHN DOE 1,
        Defendant.

## ORDER

THIS MATTER is before the Court on the plaintiff's Motion to Continue December 1 Hearing and For an Extension of Time to File a Memorandum of Law (Dk. No. 47) filed November 9, 2011. Upon due consideration, the Court hereby GRANTS the motion. The hearing previously scheduled for December 1, 2011, will now be held on December 20, 2011, at 9:00 a.m. Additionally, the Court GRANTS the extension of time for the plaintiff to file a memorandum of law. The memorandum shall be due no later than December 8, 2011.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: November 10, 2011
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge