# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Patrick Collins, Inc., )
)
       Plaintiff, )
)
v. ) Civil Action No. 1:11cv406 (GBL/TRJ)
)
Does 1-35, )
)
       Defendants. )
)

ORDER

The court has under advisement plaintiff's motion for leave to serve third party subpoenas (no. 6), because the court *sua sponte* raised the issue whether the defendants sued are properly joined under Fed. R. Civ. P. 20(a)(2), and required plaintiff to brief that issue.

Without prejudice to the ability of any defendant or third party to raise the joinder issue later in this litigation, the court finds on the present record that plaintiff has shown proper joinder of these putative defendants *prima facie*.

That concern having been satisfied, the court follows the weight of authority in finding that plaintiff is entitled to discovery at this stage to determine the identities of the John Doe defendants.

It is accordingly ORDERED that the motion is GRANTED.

ENTERED this 8th day of July, 2011.

                                                    /s/
                                       Thomas Rawles Jones, Jr.
                                       United States Magistrate Judge

Alexandria, Virginia