# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 12/20/11

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| **CASE TITLE** Patrick Collins, Inc. v. John Does 1-58 | **CASE NO:** 3:11CV531 <br> **JUDGE:** Gibney <br> **COURT REPORTER:** G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )   MOTION HEARING ( )   OTHER: Show Cause Hrg

APPEARANCES:  Parties by ( ) /with (✓) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )     OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: _____

The Court will not hold plaintiff liable for sanctions under Rule 11.

**Counsel for Plaintiff(s)**
Wyatt B. Durrette, Jr., John B. Warden, IV

~~Counsel for Defendant(s)~~
David O'Bryan (also counsel for pltf) represented by Leonard Paris

SET: 9:00am   BEGAN: 9:02am   ENDED: 9:14am   TIME IN COURT: 12 mins.

RECESSES: