## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXPRESSIONS PHOTOGRAPHY, INC, <br><br> Defendants. | CASE NO. 3:11-cv-00531-JAG |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT EXPRESSIONS PHOTOGRAPHY, INC. A.K.A. JOHN DOE 1

**PLEASE TAKE NOTICE,** Plaintiff's process server attempted to serve Defendant, Expressions Photography, Inc. a.k.a. John Doe 1 several times with summons and amended complaint and was unable to locate said Defendant in the address provided by the ISP. Plaintiff hereby voluntary dismisses Defendant, Expressions Photography, Inc. a.k.a. John Doe 1 who was assigned the IP addresses 24.125.147.171 from this action <u>without prejudice</u>.  Consistent herewith, Plaintiff consents to having this case closed for administrative purposes.

    Respectfully submitted,

    O'BRYAN LAW FIRM

    <u>/s/ D. Wayne O'Bryan</u>
    D. Wayne O'Bryan, Esq.
    Virginia Bar number 05766
    Attorney for Plaintiff
    O'Bryan Law Firm
    1804 Staples Mill Road
    Richmond VA 23230
    Phone: 804-643-4343
    Fax:   804-353-1839
    dwayneobryan@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

>*/s/ D. Wayne O'Bryan*
>D. Wayne O'Bryan, Esq.